## 11647.  SHEPPARD *v.* THE STATE.

1. A charge on the law of voluntary manslaughter was authorized by evidence.
2. Newly discovered evidence which was cumulative and impeaching and

would not likely produce a different verdict on another trial did not require a new trial.

DECIDED DECEMBER 16, 1920.

Conviction of voluntary manslaughter; from Jackson superior court — Judge Cobb. May 3, 1920.

P. Cooley, for plaintiff in error.

W. O. Dean, solicitor-general, W. S. Charters, contra.

LUKE, J. 1. The evidence in this case shows that the defendant and Elgie Appleby, who were playing, with others, in a game of cards, engaged in a quarrel, drew pistols, and cursed at each other, and, while they were thus engaged, the defendant shot and killed Appleby. It was not error for the court to charge the law of voluntary manslaughter. Gann v. State, 30 Ga. 67; Williams v. State, 125 Ga. 302 (54 S. E. 108); Findley v. State, 125 Ga. 579 (3) (54 S. E. 106).

2. The newly discovered evidence was cumulative and impeaching and would not likely produce a different verdict upon another trial of the case. For no reason assigned did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*